In the Matter of New York State Labor Relations Board, Petitioner, against George B. Wheeler, Inc., Respondent.

In the Matter of The People of the State of New York ex rel New York State Labor Relations Board, Respondent, against George B. Wheeler, Inc., et al., Appellants.

Argued June 18, 1943; decided July 20, 1943.

*Howard C. Campbell* and *E. Crosby Kindleberger* for appellants.

*William E. Grady, Jr., George G. Gallantz* and *Daniel Kornblum* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.